UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 SEP 26 AM 9:43

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Sergio SANTOS, | ) |
| | ) |
| Defendant | ) |

Magistrate Docket No. **'07 MJ 2319**

DEPUTY

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **September 24, 2007** within the Southern District of California, defendant, **Sergio SANTOS,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **SEPTEMBER, 2007**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Sergio SANTOS                                                                                          *M 1P*

### PROBABLE CAUSE STATEMENT

Agents assigned to the San Diego Sector, Smuggling Interdiction Group, Criminal Alien Squad (SIG/CAS) utilize various sources to locate and arrest previously deported criminal aliens who have returned to the United States in violation of the Immigration and Nationality Act.

On September 24, 2007, at approximately 6:30 p.m. Agent Soto and Agent Liedecke were performing surveillance of a residence in the 300 block of Vance St in Chula Vista, California, when an individual matching the physical description of the defendant **Sergio SANTOS** arrived at the residence. Agent Soto approached the defendant and identified himself as a Border Patrol Agent and questioned the individual as to his identity. The defendant responded that he was in fact Sergio SANTOS. Agent Soto questioned the defendant as to his citizenship, but at that time the defendant stood up and struggled to get away, pushing Agent Soto and Agent Liedecke down. Agent Soto and Agent Liedecke pursued the defendant on foot and in vehicle but the defendant managed to get away. After a search of the surrounding area, Agent Liedecke and Agent Soto found the defendant in the garage of a neighbor's house hiding under a pickup truck. Agent Soto and Agent Liedecke both identified that this was the same individual that had run from them. The defendant stated that he was born in Mexico and did not have any documents to remain in the United States. The defendant was arrested and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 2, 2005** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights in the English language. The defendant stated that he understood his rights and agreed to speak to the Agents without an attorney present. During the interview, the defendant stated that he is a citizen and national of Mexico, illegally present in the United States without any immigration documents allowing him to enter, be, or remain in the United Stated legally. The defendant further stated that on or about April 4, 2007, he illegally crossed the International Boundary between the United States and Mexico by walking across the border west of the San Ysidro, California Port of Entry.