✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                     DISTRICT OF                     CALIFORNIA

## APPEARANCE

Case Number:  07mj2319

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SERGIO SANTOS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/1/2007 | JOHN C. ELLIS, JR. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD          228083 |
| | Print Name                                          Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City                        State                    Zip Code |
| | (619) 234-8467                    (619) 687-2666 |
| | Phone Number                              Fax Number |