UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                            )<br>            Plaintiff,                              )<br>                                                            )<br>v.                                                         )<br>                                                            )<br>SERGIO SANTOS,                               )<br>                                                            )<br>            Defendant.                          )<br>_____) | Case No. 07mj2319 |

       Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

       United States Attorney's Office
       880 Front Street
       San Diego, CA  92101


Dated:  October 1, 2007                                   */s/ John C. Ellis, Jr.*
                                                                        JOHN C. ELLIS, JR.
                                                                        Federal Defenders
                                                                        225 Broadway, Suite 900
                                                                        San Diego, CA 92101-5030
                                                                        (619) 234-8467  (tel)
                                                                        (619) 687-2666  (fax)
                                                                        john_ellis@fd.org