# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER __07CR2949-IEG__

vs )   ABSTRACT OF ORDER

_Sergio Santos_ )   Booking No. __89341198__

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __12/4/07__
the Court entered the following order:

- ✓ Defendant be released from custody.  _as to this case only_
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ___ Defendant released on $_____ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for ____ years.
- ___ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
- ___ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ✓ Case Dismissed.  _(oral mot of Govt)_
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ✓ Other. _Dft. still pending in criminal case #07CR3216-IEG._

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY